Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

FILED'05 DEC 13 18:25 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

SANDRA SENGER,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 04-6266-HA

ORDER GRANTING
STIPULATED EAJA FEES

---

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3990.04 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

    DATED this 7th day of December, 2005.

_____
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff

## DECLARATION REGARDING EAJA FEES

I agree that the check for any Equal Access to Justice Act (EAJA) fees due for the federal court portion of my case may be made out directly to my attorneys, Alan Graf and Kimberly K. Tucker.

_____		12-05-05
Sandra Joseph					Date

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
SSN